# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:09-CR-381** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **JASON LIGHTNER** | : | |

## O R D E R

AND NOW, this 14th day of June, 2010, upon consideration of the Government's Motion to Dismiss Indictment Pursuant to Fed.R.Crim.P. 48(a) (Doc. 207), it is hereby ORDERED that said motion is GRANTED. The Indictment filed November 18, 2009, and docketed to 1:09-CR-381 is hereby DISMISSED.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge